## **CERTIFICATE OF SERVICE**

   I, Shmuel Klein, an attorney admitted to practice in this court affirm under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old.  I am associated with the Law Office of Shmuel Klein located at 268 Route 59, Spring Valley, New York 10977 and I served the within Notice of Motion, Affirmations and Memorandum of Law on February 15, 2007, by depositing a true copy thereof in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, to:

| | |
|---|---|
| US Trustee | AMERICAN EXPRESS |
| 33 Whitehall St. 21st Fl | PO Box 740640 |
| New York, NY 10004 | Atlanta, GA  30374 |

Jeffrey L. Sapir
As Chapter 13
399 Knollwood Road
Suite 102
White Plains, NY 10603

                                                     _____/s/_____
                                                        Shmuel Klein